Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−34778−RG
          Chapter: 7
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Leonora Roman
   aka Maria Leonora Lopez
   4906 Broadway Avenue
   APt 610
   Union City, NJ 07087

Social Security No.:
   xxx−xx−8205

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

   The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 2/8/2018 in the amount of $ $83.75 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 2/28/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 2/28/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Rosemary Gambardella on

Date: March 20, 2018
Time: 10:00 am
Location: Courtroom 3E
Address:   Martin Luther King, Jr . Federal Building
             50 Walnut Street
             3rd Floor
             Newark, NJ 07102

Dated: February 14, 2018

JAN: pam

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Maria Leonora Roman  
      Debtor

Case No. 17-34778-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 14, 2018  
                  Form ID: oscmlfee     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.  
db         +Maria Leonora Roman,    4906 Broadway Avenue,    APt 610,    Union City, NJ 07087-6588

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2018 22:32:51     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235

                                                                           TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com  
           Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 4