**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maria Leonora Roman<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8205<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34778–RG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria Leonora Roman
aka Maria Leonora Lopez

4/6/18

**By the court:**    Rosemary Gambardella
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-34778-RG
Maria Leonora Roman                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: Apr 06, 2018
                             Form ID: 318             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2018.
```
db             +Maria Leonora Roman,    4906 Broadway Avenue,    APt 610,    Union City, NJ 07087-6588
517220616       Advance call center Technologies,    PO Box 9091,    Gray, TN 37615-9091
517220617       Alliance one Receivables Managment, Inc.,    PO Box 11641,    Tacoma, WA 98411-6641
517220618      +Allied Interstate LLC,    PO Box 361445,    columbus OH 43236-1445
517220619       Arcadia Recovery Bureau, LLC,    PO Box 70256,    Philadelphia, PA 19176-0256
517220620       B&B collections, Inc.,    PO Box 2137,    Toms River, NJ 08754-2137
517220623      +Cawley & Bergmann, LLC,    117 Kinderkamack Road, suite 201,    River Edge, NJ 07661-1916
517220631      +Commonwealth Financial Systems,    245 Main street,    Dickson City, PA 18519-1641
517220632      +D & A services,    1400 E. Touhy Ave, Ste. G2,    Des Plaines, IL 60018-3338
517220635      +Everest Receivable Services,    5165 Broadway #112,    Depew, New York 14043-4012
517220634      +Exxonmobil,    PO Box 6404,    sioux Falls, SD 57117-6404
517220636      +FBCS Inc,    330 s. Warminster Rd. suite 353,    HAtboro, PA 19040-3433
517220639     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court:    Forster, Garbus & Garbus,    60 Motor Parkway,
                 commack, NY 11725-5710)
517220638      +First choice Assets LLC,    7954 Transit Rd. # 304,    Williamsville, NY 14221-4117
517220641      +Gary s. Lewis,    9 Alexandria Drive,    East Hanover, NJ 07936-2407
517220642       Genpact services LLC,    PO   BOX 1969,    Southgate, 48195-0969
517220645       JZANUS LTD.,    PO Box 415789,    Floral Park, NY 11001-2024
517220644      +Jersey City Medical Center,    350 Mont omery street, Fl. 2,    Jersey Clty, NJ U 07302-4041
517220647       KP Recovery solutions LLC,    PO Box 43,    springfield, NJ 07081-0043
517220649       Liberty Emergency Medical Associates,    PO Box 5816,    Parsippany, NJ 07054-6816
517220650       Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
517220651       Merchants & Medical credit corp.,    6324 Taylor Drive,    Flint, MI 48507-4685
517220652       Michael Harrison,    Attorney at Law,    3155 State Route 10, Ste. 214,    Denville, NJ 07834-3430
517220654       Monarch Recovery Management, Inc.,    PO BOX 21089,    Philadelphia, PA 19114-0589
517220655      +Mount sinai Hospital,    one Gustave L Levy Place,    New York, NY 1001 10029-6574
517220656       Mulkay cardiology Consultants at HNH,    PO   BOX 95000-5650,    PhiladelPhia, PA 19195-0001
517220657     #+NCC Business services of Ohio, Inc.,    16605 North 28th Avenu-e, suite A-106,
                 Phoenix, AZ 85053-7551
517220658       Palisades cardiology services, PA,    PO Box 4009,    West New York, NJ 07093-8009
517220660       Pressler and Pressler, LLP,    7 Entin Road,    Parsippany,J 07054-5020
517220669       University Radiology Group, PC,    PO Box 371863,    Pittsburgh, PA 15250-7863
517220670      +Virtual Radiologic Corporation,    3625 Quakerbridge Road,    Hamilton, NJ IT8619-1Z 08619-1268
517220622       cardiovascular Institute of Mount Sinai,    PO Box 28083,    New York, NY 10087-8083
517220624       center for Joint and spine Relief,    20 cambridge Dr. ste A,    Aberdeen, NJ 07747-2256
517220661       specialty surgery of Middletown,    1270 Route 35, ste. 204,    Middletown, NJ 07748-2014
517220668       united collection Bureau, Inc.,    620 Southwyck Blvd., suite 206,    Toledo, OH 43614
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 06 2018 22:45:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 06 2018 22:45:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517220629       EDI: WFNNB.COM Apr 07 2018 02:28:00      Comenity Bank, Bankruptcy Dept.,    PO BOX 182125,
                 columbus, ohio 43218-2125
517220630       EDI: WFNNB.COM Apr 07 2018 02:28:00      Comenity Capital Bank,    Attn: Bankruptcy Department,
                 PO Box 183043,    columbus, ohio 43218-3043
517220633       EDI: DISCOVER.COM Apr 07 2018 02:28:00      Discover,    PO BOX 71084,    charlotte, NC 28272-1084
517220637       EDI: BLUESTEM Apr 07 2018 02:28:00      Fingerhut credit Account services,    PO Box 166,
                 Newark, NJ 07101-0166
517220640      +E-mail/Text: fggbanko@fgny.com Apr 06 2018 22:44:52      Forster Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
517220643      +EDI: LEADINGEDGE.COM Apr 07 2018 02:28:00      Global credit & Collection Corp.,
                 5440 N. cumberland Ave STE 300,    chicago, IL 60656-1486
517220646       EDI: CBSKOHLS.COM Apr 07 2018 02:28:00      Kohl's,    PO Box 3043,    Milwaukee, WI 53201-3043
517220653      +EDI: MID8.COM Apr 07 2018 02:28:00      Midland credit Management, Inc.,
                 2365 Northside Drive, suite 300,    San Diego, CA 92108-2709
517220659       EDI: PRA.COM Apr 07 2018 02:28:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk, VA 23541
517221383      +EDI: RMSC.COM Apr 07 2018 02:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517220666       EDI: RMSC.COM Apr 07 2018 02:28:00      Synchrony Bank,    PO Box 965033,
                 orlando, Fl 32896-5033
517220621       E-mail/Text: cms-bk@cms-collect.com Apr 06 2018 22:45:17      capital Management services, LP,
                 698 1/2 south ogden street,    Buffalo, NY 14206-2317
517220625      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 06 2018 22:45:21
                 certifed credit & collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
517220626       EDI: CHASE.COM Apr 07 2018 02:28:00      chase cardmember service,    PO Box 15548,
                 wilmington, DE 19886-5548
517220627       EDI: CHASE.COM Apr 07 2018 02:28:00      chase credit card,    PO Box 15298,
                 wilmington, DE 19850-5298
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 06, 2018
                              Form ID: 318             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517220628      EDI: WFNNB.COM Apr 07 2018 02:28:00      comenity Bank,   PO Box 182273,
                columbus, OH 43218-2273
517220667      EDI: RMSC.COM Apr 07 2018 02:28:00       synchrony Bank,   Attn: Bankruptcy Dept. PO -Box -965060,
                orlando, Fl 32896-5060
517220662      EDI: RMSC.COM Apr 07 2018 02:28:00       synchrony Bank,   PO BOX 960090,   orlando,FL 32896-0090
517220664      EDI: RMSC.COM Apr 07 2018 02:28:00       synchrony Bank,   PO BOX 965022,
                Orlando, Fl 32896-5022
517220663      EDI: RMSC.COM Apr 07 2018 02:28:00       synchrony Bank,   PO Box 965013,
                orlando, Fl 32896-5013
517220665      EDI: RMSC.COM Apr 07 2018 02:28:00       synchrony Bank,   PO Box 965023,
                Orlando, Fl 32896 5023
                                                                                                    TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517220648     ##+Kramer & Associates,    401 Hackensack Avenue, Fl. 9,    Hackensack,  NJ 07601-6402
                                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
           National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
           National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 4
```