Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17–34778–RG
                Chapter: 7
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maria Leonora Roman
  aka Maria Leonora Lopez
  4906 Broadway Avenue
  APt 610
  Union City, NJ 07087

Social Security No.:
  xxx–xx–8205

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 12, 2018</u>            <u>Rosemary Gambardella</u>
                                        Judge, United States Bankruptcy Court